# In the United States District Court
# For the Southern District of Georgia
# Statesboro Division

| | | |
|---|---|---|
| DELWIN BERRY, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 6:17-cv-46 |
| | * | |
| v. | * | |
| | * | |
| WARE STATE, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 16, to which Petitioner Delwin Berry ("Berry") failed to filed Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Berry's 28 U.S.C. § 2254 Petition and **DISMISSES as moot** Berry's still-pending Motions. Dkt. Nos. 1, 7, 8, 10, 12. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

The Court **DENIES** Berry *in forma pauperis* status on appeal and **DENIES** Berry a Certificate of Appealability.

**SO ORDERED**, this ___9___ day of ___November___, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA